IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-HC-2143-BO

| | | |
|---|---|---|
| PATRICK JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| D.R. STEPHENS, | ) | |
| Respondent. | ) | |

Patrick Jackson petitioned the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 18, 2011, before service to respondent, petitioner filed a motion for voluntary dismissal (D.E. # 4). The motion for voluntary dismissal is ALLOWED and the case is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1).

SO ORDERED, this 21 day of August 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE